FRED S. BRYANT and EMMA H. BRYANT, Respondents, v. EDNA B. LEWIS and Others, Defendants, Impleaded with 10 BAYLEY AVENUE, INC.,

Appellant.— Order affirmed, with ten dollars costs and disbursements, and motion to dismiss appeal denied. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.